### MBNA AMERICA BANK, N.A. *v.* TEOFIL BOATA

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 559 (AC 25788), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had preserved his right to challenge the arbitrability of the plaintiff's claim?"

The Supreme Court docket number is SC 17668.

*Jeanine M. Dumont,* in support of the petition.

*Teofil Boata,* pro se, in opposition.

Decided May 16, 2006

### STATE OF CONNECTICUT *v.* JOHN D. BRIGGS

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 722 (AC 26052), is denied.

*James M. Fox,* special public defender, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.